1  Reuben D. Nathan, Esq. (SBN 208436)
2  AZIMY & NATHAN, LLP
3  18500 Von Karman Ave., Suite 500
   Irvine, California 92612
4  Phone: (949) 486-1888
   Fax:   (949) 486-1889
5  Email: r.n@azimynathan.com
          e.a@azimynathan.com

6  Attorneys of Record for Plaintiff,
7  DAVID Y. SHABESTARI

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID Y. SHABESTARI, | Case No. SACV07-1234 DOC (RNBx) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT** |
| MR. M. FOOD STORE, INC.; STEVEN L. CRAIG and Does 1 through 10, inclusive. | |
| Defendants. | |

- 1 -

**ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT**

1 | **ORDER**

Pursuant to the stipulation of the parties and finding good cause therefore,

**IT IS ORDERED** Plaintiff's Complaint is dismissed as to all claims and all defendants, with prejudice, each party to bear his own costs and attorney's fees.

Dated: August 12, 2008

_____
United States District Court Judge

**ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT**